**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DENTON MURPHY,

    Plaintiff,

v.                                                                Case No. 13-11795

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                     /

**JUDGMENT**

In accordance with the court's "Opinion and Order Overruling Plaintiff's Objections and Adopting the Magistrate Judge's Report and Recommendation," dated June 6, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff. Dated at Detroit, Michigan, this 6th day of June, 2014.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  S/Lisa Wagner
                                              By:  Lisa Wagner, Case Manager
                                                  to Judge Robert H. Cleland